ROSE KEENAN, as Administratrix of the Estate of HOWARD KEENAN, Deceased, Appellant, *v.* LAWYERS MORTGAGE COMPANY, in Rehabilitation, et al., Respondents, Impleaded with Another.

Argued January 11, 1939; decided February 21, 1939.

526

*Gabriel Rubino, Samuel L. Sargent* amd *Lawrence W. Silverman* for appellant.

*Harold V. Angevine, Hobart R. Marvin* amd *James A. Hughes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.